**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Lumbermens Mutual Casualty Company and American Manufacturers Mutual Insurance Company,**

**Plaintiffs,**

**v.**

**Data Sales Co., Inc.,**

**Defendant.**

**Civil No. 01-1801 PAM/SRN**

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: October 3, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED OCT 03 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Lumbermens Mutual vs Data Sales Co., CV 01-1801 PAM/FLN

Magistrate Judge Noel is now the Magistrate on this case