UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lumbermens Mutual Casualty Company and American Manufacturers Mutual Insurance Company,

Plaintiffs,

v.

Data Sales Co., Inc.,

Defendant.

and

Data Sales Co., Inc.,

Third-Party Plaintiff,

v.

Federal Insurance Company,

Third-Party Defendant.

---

Civil File No. 01-CV-1801 (PAM/SRN)

**STIPULATION FOR EXTENSION OF TIME TO ANSWER THIRD-PARTY COMPLAINT**

IT IS STIPULATED AND AGREED by and between third-party plaintiff, Data Sales Co., Inc. and third-party defendant, Federal Insurance Company, through their respective counsel, that the time for Federal Insurance Company to answer, ~~plead or otherwise respond to~~ the Third-Party Complaint is extended through December 10, 2001.

IT IS FURTHER STIPULATED that either of said parties, without notice to the other, may apply forthwith to the Court for an order in accordance herewith.

FILED ______ 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: December 4, 2001

FREDRIKSON & BYRON, P.A.

By: ______________________
Richard D. Snyder
Atty. No. 191292
Catherine M. Powell
Atty. No. 296430
1100 International Centre
900 Second Avenue South
Minneapolis MN 55402
Telephone: (612) 347-7000

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF

Dated: December 4, 2001

MOSS & BARNETT
A Professional Association

By: ______________________
David P. Jendrzejek
Atty. No. 49888
Shareen R. Luze
Atty. No. 0304359
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

ATTORNEYS FOR THIRD-PARTY DEFENDANT

**ORDER**

IT IS SO ORDERED.

Dated: December 6, 2001

______________________
~~SUSAN RICHARD NELSON~~
United States Magistrate Judge

469711/1