UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lumbermens Mutual Casualty Company and American Manufacturers Mutual Insurance Company,

Plaintiffs,

v.

Data Sales Co., Inc.,

Defendant.

Civil No. 01-CV-1801 PAM/FLN

---

Data Sales Co., Inc.,

Third Party Plaintiff,

v.

Federal Insurance Company,

Third Party Defendant.

---

**~~PROPOSED~~ ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by May 1, 2002.
b. All discovery shall be commenced in time to be completed by Wed. Jan.1, 2003.

FILED 9-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

c. No more than 50 interrogatories, including all discrete subparts, shall be served by any party.

d. No more than 100 Requests for Admission shall be served by any party.

e. No more than 100 Document Requests shall be served by any party.

f. No more than 15 non-expert depositions shall be taken by any party.

g. All nondispositive motions with supporting documents, including those which relate to discovery, shall be served by Monday, March 3, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed, and served in compliance with Local Rules 7.1, 37.1, 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By all parties on or before Monday, December 16, 2002, with respect to initial experts.

2) By all parties on or before Friday, January 31, 2003, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By all parties on or before Monday, December 16, 2002, with respect to initial expert reports.

2) By all parties on or before Friday, January 31, 2003, with respect to rebuttal expert reports.

c. Each party may depose no more than 4 expert witnesses on or before Monday, March 3, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to Tuesday, April 1, 2003.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Suzanne Ruiz at 651-848-1156.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial

a. This case shall be ready for trial on and after Thursday, May 1, 2003, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last one week.

Dated: September ___, 2002.

FRANKLIN L. NOEL
Chief Magistrate Judge