**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lumbermens Mutual Casualty Company and American Manufacturers Mutual Insurance Company,

Plaintiffs,

Civil File No. 01-CV-1801 (PAM/FLN)

v.

**[redacted] ORDER**

Data Sales Co., Inc.,

Defendant.

---

Data Sales Co., Inc.,

Third-Party Plaintiff,

v.

Federal Insurance Company,

Third-Party Defendant.

---

## ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this court and to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/non-dispositive motions:
   a. All motions which seek to amend the pleadings or add parties must be served by July 1, 2002;
   b. All discovery shall be commenced in time to be completed by March 1, 2003;

FILED 12-31-02

556150/1

c. No more than 50 interrogatories, including all discrete subparts, shall be served by any party;

d. No more than 100 requests for admission shall be served by any party;

e. No more than 100 document requests shall be served by any party;

f. No more than 15 non-expert depositions may be taken by any party;

g. All nondispositive motions with supporting documents, including those which relate to discovery, shall be served by May 3, 2003. Non dispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, (612) 664-5110. All nondispositive motions shall be scheduled, filed, and served in compliance with Local Rules 7.1, 37.1, and 37.2.

2. Expert disclosure and discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

i. By all parties on or before February 16, 2002, with respect to initial experts;

ii. By all parties on or before March 31, 2003, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

i. By all parties on or before February 16, 2002, with respect to initial expert reports;

ii. By all parties on or before March 31, 2003, with respect to rebuttal expert reports.

c. Each party may depose no more than four expert witnesses on or before May 3, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to June 1, 2003;

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Suzanne Ruiz at (651) 848-1156;

c. All dispositive motions shall be scheduled, filed, and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial

a. This case shall be ready for trial on and after July 1, 2003, at which it will be placed on the court's jury trial calendar.

b. Trial is estimated to last one week.

Dated: December 31, 2002

FRANKLIN L. NOEL
[redacted] Magistrate Judge