UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lumbermens Mut. Cas. Co., et al.,

Plaintiffs,

v.

Data Sales Co., Inc.,

Defendant.

Civil No. 01-1801 PAM/FLN

**ORDER**

---

Data Sales Co., Inc.,

Third-party Plaintiff,

v.

Federal Ins. Co.,

Third-party Defendant.

---

David Engen & Robert Gilbertson for Plaintiff.
Richard Snyder for Defendant Data Sales Co.
David Jendrzejek for Defendant Federal Ins. Co.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge April 7, 2003, for a Motion by Third Party Defendant Federal Ins. Co. for Leave to Serve Supplemental Pleading [#44].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Federal Insurance Co.'s Motion for Leave to Serve Supplemental Pleading [#44] is **DENIED**.

DATED: April 14 2003

FRANKLIN L. NOEL
United States Magistrate Judge

FILED 4 15 03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK