UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lumbermens Mutual Casualty Company and American Manufacturers Mutual Insurance Company,

Plaintiffs,

v.

Data Sales Co., Inc.,

Defendant and Third Party Plaintiff,

v.

Federal Insurance Company,

Third Party Defendant.

No. 01-CV-1801 PAM/FLN

**STIPULATION AND ORDER OF DISMISSAL**

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiffs and Counterclaim Defendants Lumbermens Mutual Casualty Company and American Manufacturers Mutual Insurance Company ("Plaintiffs") and Defendant and Counterclaim Plaintiff Data Sales Co., Inc. ("Data Sales"), through their undersigned counsel, that, in light of a settlement that they have reached and memorialized, the action and claims asserted by and between these parties in this matter are dismissed in their entirety, without prejudice, each party to bear its own costs and fees.

Dated: April 7, 2003.

Robert J. Gilbertson (# 22361X)
Bruce D. Manning (#0312289)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P
800 LaSalle Avenue, Suite 2800
Minneapolis. MN 55402-2015
(612) 349-8500
*Attorneys for Plaintiff and Counterclaim Defendants Lumbermens Mutual Casualty Company and American Manufacturers Mutual Insurance Company*

FILED MAY 05 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 4/17, 2003.

Richard D. Snyder (# 191292)
Jeffrey W. Jones (# 311418)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(612) 492-7000
*Attorneys for Defendant and Counterclaim Plaintiff Data Sales, Inc.*

## ORDER OF DISMISSAL

The Court, having reviewed the parties' Stipulation of Dismissal, and being advised that the parties have reached a settlement, hereby ORDERS that Plaintiffs' declaratory judgment action against Data Sales, and Data Sales' counterclaim against Plaintiffs, are hereby DISMISSED without prejudice, each side to bear its own costs and fees.

Dated: April 30, 2003.

Paul A. Magnuson
United States District Court Judge