UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lumbermens Mut. Cas. Co., et al.,

Plaintiffs,

v.

Data Sales Co., Inc.,

Defendant.

Civil No. 01-1801 PAM/FLN

**ORDER**

---

Data Sales Co., Inc.,

Third-party Plaintiff,

v.

Federal Ins. Co.,

Third-party Defendant.

---

David Engen & Robert Gilbertson for Plaintiff.
Richard Snyder for Defendant Data Sales Co.
David Jendrzejek for Defendant Federal Ins. Co.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge May 19, 2003, on parties pretrial motions by: (1) Defendant Data Sales' Motion to Compel Discovery [#58]; and (2) Motion by Third Party Defendant Federal Insurance to Compel Discovery Responses [#54].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Data Sales' Motion to Compel Discovery [#58] is **GRANTED in Part and DENIED in Part** as follows:

MAY 20 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a. Insofar as the Motion relates to Document Request No. 17 the objection is over-ruled, and the Motion is **GRANTED**;

b. Insofar as Document Request No. 19 relates to the materials related to the actual Underwriters property policy sold by Federal Insurance Company to Greens.com it is **GRANTED**.

c. In all other respects the Motion is **DENIED**.

d. Documents responsive to this Order must be produced on or before June 1, 2003.

2. Motion by Third Party Defendant Federal Insurance to Compel Discovery Responses [#54] is **GRANTED**.

DATED: 5/20 2003

Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge