UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lumbermens Mutual Casualty Company and American Manufacturers Mutual Insurance Company,

Plaintiffs,

v.

Data Sales Co., Inc.,

Defendant.

and

Data Sales Co., Inc.,

Third-Party Plaintiff,

v.

Federal Insurance Company,

Third-Party Defendant.

Civil File No. 01-CV-1801 (PAM/FLN)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS STIPULATED AND AGREED by and between defendant and third-party plaintiff Data Sales Co., Inc. and third-party defendant Federal Insurance Company, through their respective counsel, that third-party plaintiff's Third-Party Complaint and all claims contained therein may be dismissed with prejudice, each party to bear its own costs and fees.

IT IS FURTHER STIPULATED that either party may forthwith and without notice to the other party apply to the Court for an order for dismissal in accordance herewith.

JUL 0 9 2003
FILED__________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 7/8, 2003

FREDRIKSON & BYRON, P.A.

By: Richard D. Snyder
Atty. No. 191292
1100 International Centre
900 Second Avenue South
Minneapolis MN 55402
Telephone: (612) 347-7000

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF

Dated: July 8, 2003

MOSS & BARNETT
A Professional Association

By: David P. Jendrzejek
Atty. No. 49888
Terese A. West
Atty. No. 31416X
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

ATTORNEYS FOR THIRD-PARTY DEFENDANT

**ORDER OF DISMISSAL**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that third-party plaintiff's Third-Party Complaint and all claims contained therein are hereby dismissed with prejudice, each party to bear its own costs and fees.

Dated: July 9, 2003

Paul A. Magnuson
United States District Court Judge